THE STATE OF NEW JERSEY v. SAMUEL LOUIS CORSARO.

October 3, 1974. Motion for leave to appeal from Superior Court, Appellate Division is granted. The Appellate order dated September 23, 1974 granting reduction of bail to $100,000 is reversed; and it is further ordered that the order of Judge Collins fixing bail at $500,000 is reinstated.

IDA SMITH AND SYLVESTER SMITH v.
UNIPRESS COMPANY, INC.

October 1, 1974. Motion for leave to appeal from Superior Court, Law Division is granted. The order of May 28, 1974 granting summary judgment is reversed and the matter is remanded to the Superior Court, Law Division, with direction to accept the amended complaints filed on behalf of Ida Smith and Sylvester Smith.

IRVING C. SMITH v. MARION E. SMITH.

January 14, 1975. Motion for leave to cross appeal from the Appellate Division is granted.

STATE OF NEW JERSEY v. BETTY NORFLETT.

January 22, 1975. Certification to the Superior Court, Law Division is granted.